**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

**BRAD WINCHELL, et al,**

　　　　　**Plaintiffs,**

**v.**                                                            **Civil Action No: 3:18-CV-47**

**LEXISNEXIS RISK SOLUTIONS FL, INC.**

　　　　　**Defendant.**

## NOTICE OF APPEARANCE

Elizabeth Hanes, Esq., of Consumer Litigation Associates, P.C., 763 J. Clyde Morris

Blvd., Suite 1-A, Newport News, VA 23601 hereby notes her appearance as counsel in this case

on behalf of the Plaintiffs.

Please copy her with all matters in this case.

**BRAD WINCHELL, et al,**


　　　　　　　　/s/
Elizabeth Hanes, Esq.
VSB #75574
Attorney for Plaintiffs
CONSUMER LITIGATION
ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
E-mail:  elizabeth@clalegal.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of May, 2018, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification to the following:

Julie Diane Hoffmeister, Esq.
Troutman Sanders LLP
1001 Haxall Point
Suite 1500
Richmond, Virginia  23219
Telephone:  (804) 697-1200
Email:  Julie.hoffmeister@troutmansanders.com

*Counsel for LexisNexis Risk Solutions FL, Inc.*

                                                                      /s/
                                        Elizabeth Hanes Esq.
VSB #75574
Attorney for Plaintiffs
CONSUMER LITIGATION
ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
E-mail:  elizabeth@clalegal.com