# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Richmond Division

BRAD WINCHELL, *et al.*

    Plaintiffs,

v.

LEXISNEXIS RISK SOLUTIONS FL, INC.,

    Defendant.

Civil Case No. 3:18-cv-0047-HEH

## JOINT MOTION TO ENTER STIPULATED PROTECTIVE ORDER

Plaintiffs and Defendant, through their respective attorneys of record, respectfully request that the Court enter the accompanying Stipulated Protective Order (attached as Exhibit 1) to facilitate disclosure and production in this matter and to protect the parties' confidential, proprietary, and/or business information.

Dated: May 9, 2018

Respectfully submitted,

/s/ Julie D. Hoffmeister
Julie D. Hoffmeister
Virginia State Bar No. 87634
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, VA 23219
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
julie.hoffmeister@troutman.com

*Counsel for Defendant*

*/s/* Kristi C. Kelly
Kristi Cahoon Kelly
Virginia State Bar No. 72791
Andrew J. Guzzo
Virginia State Bar No. 82170
Casey S. Nash
Virginia State Bar No. 82170
KELLY & CRANDALL, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
Telephone: (703) 424-7570
Facsimile: (703) 591-0167
kkelly@kellyandcrandall.com
aguzzo@kellyandcrandall.com
casey@kellyandcrandall.com

*Counsel for Plaintiffs*

34921605

**CERTIFICATE OF SERVICE**

  I hereby certify that on the 9th day of May, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will then send a notification of such filing (NEF) to the following:

Kristi Cahoon Kelly
Andrew J. Guzzo
Casey S. Nash
KELLY & CRANDALL, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
Telephone: (703) 424-7570
Facsimile: (703) 591-0167
kkelly@kellyandcrandall.com
aguzzo@kellyandcrandall.com
casey@kellyandcrandall.com

*Counsel for Plaintiffs*

                /s/ Julie D. Hoffmeister
                Julie D. Hoffmeister
                Virginia State Bar No. 87634
                TROUTMAN SANDERS LLP
                1001 Haxall Point
                Richmond, VA 23219
                Telephone: (804) 697-1200
                Facsimile: (804) 697-1339
                julie.hoffmeister@troutman.com
                *Counsel for Defendant*