IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| BRAD WINCHELL, et al, ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> LEXISNEXIS RISK SOLUTIONS FL ) <br> INC., ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 3:18-cv-0047-HEH |

## DISMISSAL ORDER

THIS DAY CAME the Plaintiffs, BRAD WINCHELL, PATRICK INSCHO, GEORGE HENGLE, MARK MONTGOMERY, and ELIZABETH JENSEN ("Plaintiffs), and the Defendant, LEXISNEXIS RISK SOLUTIONS, INC. ("LNRS") by counsel, and hereby move the Court to dismiss with prejudice all claims against Defendant LEXISNEXIS RISK SOLUTIONS, INC., in the above-styled action.

UPON CONSIDERATION, of the representations of counsel and for other good cause shown, it is, hereby ORDERED, ADJUDGED, and DECREED that the Complaint against LEXISNEXIS RISK SOLUTIONS, INC., is DISMISSED with prejudice.

AND THIS CAUSE IS ENDED.

Entered this  2nd  day of AUGUST, 2018.

/s/
HENRY E. HUDSON
United States District Judge

WE ASK FOR THIS:

*/s/*

Kristi Cahoon Kelly, VSB #72791
Andrew J. Guzzo, VSB #82170
Casey S. Nash, VSB #84261
KELLY & CRANDALL, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, Virginia 22030
(703) 424-7570 - Telephone
(703) 591-0167 - Facsimile
E-mail: kkelly@kellyandcrandall.com
E-mail: aguzzo@kellyandcrandall.com
E-mail: casey@kellyandcrandall.com
*Counsel for Plaintiff*


Julie D. Hoffmeister, VSB # 87634
TROUTMAN SANDERS LLP
1001 Haxall Point
Suite 1500
Richmond, VA 23219
Phone: 804-697-1200
Fax: 804-698-5118
Email: Julie.hoffmeister@troutmansander.com
*Counsel for LexisNexis Risk Solutions FL, Inc.*